### ADAMS V. CLEAVELAND.

IN this case the same point was determined as in the case of Backus against Cleaveland, on similar pleadings.